AO 86 (Rev. 4/91) Consent to Proceed - Petty Offense

U. S. DISTRICT COURT
N D OF N Y

FILED
APR 5 - 1996

# United States District Court

NORTHERN DISTRICT OF NEW YORK

GEORGE A. RAY, Clerk
UTICA

UNITED STATES OF AMERICA
V.

Alexandre LEVANTOVSKI

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A PETTY OFFENSE CASE

CASE NUMBER: 96-MG-155

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel.

The magistrate judge has informed me of my right to trial, judgement, and sentencing before a United States district judge or United States magistrate judge.

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge; and

Waive (give up) my right to have at least thirty days to prepare for trial.*

Waive (give up) my right to a lawyer.

X _____,
Defendant

_____
Defendant's Attorney (if any)

Date: March 26, 1996

Before: _____
UNITED STATES MAGISTRATE JUDGE
Henry Van Acker, Jr.
One Lincoln Blvd.
Rouses Point, NY 12979-1042

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAR 2 6 1996
GEORGE A. RAY, Clerk
UTICA

*The defendant need not waive this right in order to be tried by the magistrate judge. Accordingly, strike this sentence if the defendant wishes to have at least thirty days to prepare for trial.